IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GH HOLISTIC, LLC,**

    **Plaintiff,**

v.                                     Case No. 5:22-cv-222-AW-MJF

**PARTY SHACK OF P.C.B., INC., d/b/a
PARTY SHACK LIFESTYLE GIFTS
and CLAYTON J CONKLIN,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiff has filed a "Notice of Voluntary Dismissal with Prejudice." ECF No. 8. The case is deemed dismissed, and the clerk will close the file.

SO ORDERED on December 29, 2022.

                                             s/ *Allen Winsor*
                                             United States District Judge